MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7017
    Fax: (415) 436-7009
    E-Mail: tom.moore@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-565 JST |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO EXCLUDE TIME |
| v. ) | UNDER SPEEDY TRIAL ACT AND |
| ) | [proposed] ORDER THEREON |
| JONATHAN DAVIS, ) | |
| ) | |
| Defendant. ) | |

It is hereby stipulated by and between Plaintiff and Defendant, Jonathan Davis, through their respective counsel, as follows:

    1.    For the reason that the United States is producing additional discovery to defendant's counsel who requires reasonable time to review the previously provided discovery and the discovery that will be provided this week, to prepare this matter for trial; and to prepare witnesses for trial; the parties agree that the status conference set for December 20, 2013 be continued to February 14, 2014;

    2.    That the period of delay from December 20, 2013 to February 14, 2014, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) as the ends of justice served by this continuance allowing for

continuity of counsel and for adequate trial preparation outweigh the best interest of the public and the defendant in a speedy trial.

_____
ELLEN V. LEONIDA
Attorney for Jonathan Davis

MELINDA HAAG
United States Attorney

_____
THOMAS MOORE
Assistant United States Attorney
Tax Division
Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 19, 2013

_____
UNITED STATES DISTRICT JUDGE

Stip To Exclude Time Under Speedy
Trial Act & [proposed] Order Thereon
CR-13-565-JST                     2